[No. 57704-2-I.   Division One.   February 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. F.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-03092-7, Palmer Robinson, J., entered January 6, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58060-4-I.   Division One.   February 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. K.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-01271-6, Harry J. McCarthy, J., entered April 6, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59227-1-I.   Division One.   February 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER RAY CHUMLEY III, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-01202-1, Ira Uhrig, J., entered June 6, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 34013-5-II.   Division Two.   February 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE JAMES BEELER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04059-1, Brian M. Tollefson, J., entered October 28, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Armstrong, JJ.